UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:18-cr-109-Orl-31LRH

CHRISTOPHER C. COBURN

## ORDER

This Matter comes before the Court on the two Renewed Motions for Judgment of Acquittal and New Trial filed *pro se* by Coburn. Because Coburn was represented by counsel at the time, the filing of the pro se motions was improper. Accordingly, the two Renewed Motions for Judgment of Acquittal and New Trial (Docs. 128 and 129) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant